IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08CV162-1-MU

MICHAEL C. McNEILL,             )
                                )
        Plaintiff,              )
                                )
        v.                      )       **O R D E R**
                                )
FRANK STAMPER, et al.,          )
                                )
        Defendants.             )
                                )

**THIS MATTER** comes before the Court upon Defendant Stamper's Motion to Dismiss (Doc. No. 21), filed October 14, 2008.

In his Complaint[1] Plaintiff alleged that Defendants were deliberately indifferent to his serious medical needs. After conducting an initial review, this Court dismissed all defendants except for Defendant Stamper.

Defendant Stamper has filed a Motion to Dismiss arguing that this Court must dismiss Plaintiff's Complaint because Plaintiff fails to request any relief which this Court may grant. More specifically, Defendant Stamper points out that the only relief sought by Plaintiff from Defendant Stamper is that he be criminally prosecuted. In his response to the Motion to Dismiss, Plaintiff does not refute that the only relief he is seeking against Defendant Stamper is that he be criminally prosecuted. This Court does not have the authority to initiate criminal prosecutions and therefore

---

[1] The Court notes that on March 26, 2008, Plaintiff filed three Complaints in the Eastern District of North Carolina. The first (5:2008ct3039) is the instant case. The second (5:2008ct3040) was dismissed as frivolous. The third case (5:2008ct3041) is pending. Plaintiff has also filed at least two other cases in the interim in the Eastern District and this District (5:08ct3148 and 3:08cv498).

does not have the authority to grant Plaintiff the relief he seeks. Consequently, Plaintiff's Complaint is dismissed..

**IT IS THEREFORE ORDERED THAT**:

1. Defendant Stamper's Motion to Dismiss is **GRANTED; and**

2. Plaintiff's Complaint is **DISMISSED**.

Signed: December 1, 2008

Graham C. Mullen
United States District Judge