# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Michael C. McNeill,

    Plaintiff(s),	JUDGMENT IN A CIVIL CASE

vs.	3:08cv162

Frank Stamper et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/1/2008 Order.

Signed: December 1, 2008

Frank G. Johns, Clerk
United States District Court