UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

MICHAEL C. McNEILL,

        Plaintiff,

vs.                               3:08cv162

FRANK STAMPER, et al,

        Defendant.

## **CLERK'S TAXATION OF COSTS**

   This matter is before the Clerk on the "Bill of Costs" filed by Defendant, Frank Stamper, on December 21, 2009.

   Plaintiff has filed no objections to this "Bill of Costs".

   Defendant is seeking $21.40 in costs for the following items:

     1.)   <u>$21.40 for fees for exemplification and copies of papers</u> <u>necessarily obtained for use in the case.</u>  Reasonable costs for exemplification and copies of papers necessarily obtained for use in the case are generally allowed to the prevailing party per 28 U.S.C.§1920 which provides in pertinent part:

> A judge or clerk of any court . . . may tax costs the following:
> (4) Fees for exemplification and copies of papers necessarily obtained for use in the case.

**Title 28 U.S.C.§1920(4).**

Therefore, the fees for exemplification and copies of papers necessarily obtained for use in the case are **AWARDED** in the amount of $21.40.

**THEREFORE, total costs in the amount of $21.40 are AWARDED in favor of Defendant Frank Stamper and against Plaintiff.**

Either party may appeal this Taxation of Costs to the Court within five (7) days after receipt of this notice of taxation.

Signed: January 15, 2010

Frank G. Johns, Clerk
United States District Court