IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08CV162-1-MU

MICHAEL C. McNEILL, )
)
    Plaintiff, )
)
v. ) **O R D E R**
)
FRANK STAMPER, et al., )
)
    Defendants. )
_____)

**THIS MATTER** comes before the Court upon Plaintiff's Motion Objecting to the Bill of Costs (Doc. No. 42), filed January 25, 2010.

On December 21, 2009, Defendant filed a Motion for Bill of Costs. (Doc. No. 40). Plaintiff did not file a response. On January 20, 2010, the Court entered an Order granting Defendant's motion and awarding him $ 21.40 in costs. Plaintiff has now filed the instant motion objecting to the Court's January 20, 2010, Order. (Doc. No. 42.) Petitioner cites to Supreme Court Rule 44 in support of his objection. Plaintiff's motion provides no basis for this Court to vacate it's earlier Order.

**IT IS THEREFORE ORDERED THAT** Plaintiff's Motion Objecting to the Bill of Costs (Doc. No. 42) is **DENIED.**

Signed: July 15, 2010

Graham C. Mullen
United States District Judge